IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CLINTON J. PEARSON, JR., #155536, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:13cv454-WHA |
| | ) | |
| WARDEN PATTERSON, et al., | ) | (WO) |
| | ) | |
| Respondents. | ) | |

## **FINAL JUDGMENT**

In accordance with the prior proceedings and orders of the court, it is ORDERED and ADJUDGED that the U.S.C. §2254 petition for habeas corpus relief be denied, and that this action be and hereby is dismissed.

The Clerk of Court is directed to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Done this 7th day of August, 2013.

/s/ W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE